[Moore *v.* Heiss.]

John Gardiner, jun. *against* President and Direc-
tors of the Bank of Pennsylvania, garnishees
of Richard M. Bell.

A share of bank stock attached, cannot be transferred on a judgment in foreign
attachment.

A CASE was stated for the opinion of the court, whether the
defendants, as garnishees, were authorized to pay and deliver, or
in any way bound, to transfer to the plaintiff upon a judgment
in a foreign attachment, the share of bank stock attached in this
action?

Jonathan Smith, the cashier of the bank, had been examined
upon interrogatories, and swore, that·the amount of dividends
due on the share was 182 dollars, for which judgment had been
entered ; the costs to be paid by the plaintiff.

The court inquired of the counsel, in what mode it was pro-
posed the transfer should be made; as the presence of the
stockholder, or some person constituted in his behalf for that
purpose, was necessary on the occasion. They admitted that
no mode had occurred to them.

*Per Cur.* Application must be made to the legislature
for a law in cases of this nature.                                [*378

Mr. J. Sergeant, *pro quer.*   Mr. Ingersoll, *pro def.*